Jeffrey N. Williams
California Bar No. 274008
(*Admitted pro hac vice*)
WARGO, FRENCH & SINGER LLP
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Email: jwilliams@wfslaw.com

Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Erik J. Foley, Esq.
Nevada Bar No. 14195
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
efoley@swlaw.com
spope@swlaw.com

*Attorneys for Plaintiff BioWound Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BIOWOUND SOLUTIONS INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS SURGICAL SERVICES, LLC, a Florida limited liability company,<br><br>Defendant. | Case No. 2:26-cv-01123-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS SURGICAL SERVICES, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff BioWound Solutions, Inc. ("Plaintiff"), through its attorneys, the law firms of Wargo French & Singer LLP and Snell & Wilmer L.L.P., and Defendant Wells Surgical Services, LLC ("Defendant"), as follows:

This is a collections matter.  Plaintiff served Defendant with demand letters on January 24, 2026 and February 25, 2026 noting that payment was overdue and demanding payment and referencing potential legal action.  Plaintiff then filed this action and served Defendant with the Complaint on April 24, 2026.  Defendant's current deadline to respond to the Complaint is May 15, 2025.  Defendant's out-of-state counsel has indicated that Defendant requires additional time with which to retain Nevada counsel.

Accordingly, Plaintiff and Defendant stipulate and agree that Wells shall have an extension of fourteen (14) days, or until **May 29, 2026,** in which to file its responsive pleading. This is Defendant's first request for an extension of time to respond to the Complaint and is agreed to as a professional courtesy by Plaintiff.

Dated: May 18, 2026

By: */s/ Jeffrey N. Williams*
Alex L. Fugazzi
Erik J. Foley
Samuel K. Pope
SNELL & WILMER LLP
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Jeffrey N. Williams
WARGO, FRENCH & SINGER LLP
515 S. Flower St., 18th Floor
Los Angeles, CA 90071

*Attorneys for Plaintiff BioWound Solutions Inc.*

Dated: May 15, 2026

By: _____

*Defendant Wells Surgical Services, LLC*

- 2 -

This is a collections matter. Plaintiff served Defendant with demand letters on January 24, 2026 and February 25, 2026 noting that payment was overdue and demanding payment and referencing potential legal action. Plaintiff then filed this action and served Defendant with the Complaint on April 24, 2026. Defendant's current deadline to respond to the Complaint is May 15, 2025. Defendant's out-of-state counsel has indicated that Defendant requires additional time with which to retain Nevada counsel.

Accordingly, Plaintiff and Defendant stipulate and agree that Wells shall have an extension of fourteen (14) days, or until **May 29, 2026,** in which to file its responsive pleading. This is Defendant's first request for an extension of time to respond to the Complaint and is agreed to as a professional courtesy by Plaintiff.

Dated: May 15, 2026

By: _____
Alex L. Fugazzi
Erik J. Foley
Samuel K. Pope
SNELL & WILMER LLP
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Jeffrey N. Williams
WARGO, FRENCH & SINGER LLP
515 S. Flower St., 18th Floor
Los Angeles, CA 90071

*Attorneys for Plaintiff BioWound Solutions Inc.*

Dated: May 15, 2026

By: _____
Dr. Carol Bowen-Wells
Managing Member
*Defendant Wells Surgical Services, LLC*

- 2 -

**ORDER**

**Good cause showing, IT IS HEREBY ORDERED THAT Wells Surgical Services, LLC's time to respond to Plaintiff's Complaint is extended to May 29, 2026.**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 19, 2026

Respectfully submitted by:

WARGO, FRENCH & SINGER LLP

*/s/ Jeffrey N. Williams*
Jeffrey N. Williams, Esq.
515 S. Flower St., 18th Floor
Los Angeles, CA 90071

*Attorneys for Plaintiff BioWound Solutions, Inc.*

- 3 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS SURGICAL SERVICES, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** to be served via U.S. MAIL to the following:

WELLS SURGICAL SERVICES, LLC
6420 San Juan Avenue, Suite 630
Jacksonville, Florida 32210

DATED: May 18, 2026.

/s/ Elizabeth Castaneda
Elizabeth Castaneda

- 4 -