Jeffrey N. Williams
California Bar No. 274008
(*Admitted pro hac vice*)
WARGO, FRENCH & SINGER LLP
515 S. Flower Street, 18th Floor
Los Angeles, CA 90071
Email: jwilliams@wfslaw.com

Alex L. Fugazzi, Esq.
Nevada Bar No. 9022
Nathan G. Kanute, Esq.
Nevada Bar No.12413
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: afugazzi@swlaw.com
efoley@swlaw.com
spope@swlaw.com

*Attorneys for Plaintiff BioWound Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BIOWOUND SOLUTIONS INC., a Nevada corporation,

Plaintiff,

vs.

WELLS SURGICAL SERVICES, LLC, a Florida limited liability company,

Defendant.

Case No. 2:26-cv-01123-BNW

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiff BioWound Solutions, Inc. ("Plaintiff") and Defendant Wells Surgical Services, LLC ("Defendant") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter shall be dismissed in its entirety without prejudice and with all parties to bear their own costs and fees.

Dated: November 3, 2026

WARGO, FRENCH & SINGER, LLP

By: /s/ *Jeffrey N. Williams*
Jeffrey N. Williams

Attorney for Plaintiff
BioWound Solutions, Inc.

Dated: November 3, 2026

CORY READE DOWS & SHAFER

By: /R. Christopher Reade
R. Christopher Reade

Attorney for Defendant
Wells Surgical Services, LLC

**ORDER**

It is so **ORDERED.** The Clerk of Court is kindly directed to close this case.

**UNITED STATES MAGISTRATE JUDGE**
**DATED:** November 4, 2026